UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| April Bezdichek, | Court File No. 08-6196 (JNE/JJG) |
| Plaintiff, | |
| v. | **DECLARATION OF TRACIE SCHULTZ** |
| Hilton Hotels Corporation d/b/a HHC-Hilton Minneapolis H&T, and James M. Vennewitz, | |
| Defendants. | |

I, TRACIE SCHULTZ, state as follows:

1. I am the former Director of Human Resources at the Minneapolis Hilton located at 1001 Marquette Avenue in Minneapolis.

2. In September 2007, I investigated an incident involving several managers of the Minneapolis Hilton following the Director of Sales conference.

3. I learned through interviews with over a dozen employees that the managers and others consumed alcohol, some to excess, during a party in Boardroom 1 following a toast celebrating their completion of the conference.

4. Following a report regarding Deborah Smith's performance as Restaurant Manager that evening, I met with Smith.

5. During my interview of Smith into her conduct, Smith told me about comments she heard from April Bezdichek about the same evening.

6. I then interviewed Bezdichek.

7. Bezdichek told me after she had been in Boardroom 1 for a period of time, she ran into Vennewitz on her way back from smoking. Vennewitz asked her to come to his hotel room. Bezdichek asked why, and Vennewitz again requested she come to his room. She did not go to his room.

8. After recounting what happened, Bezdichek told me she was surprised the issue was raised with me. She said she was not harassed or offended and that she really liked Vennewitz. She made no complaints Vennewitz touched her inappropriately.

9. I told her we (the Hilton) have an obligation to investigate concerns raised and that I appreciated her willingness to speak with me. I also reminded her that Hilton has a no retaliation clause so if she felt like someone was retaliating against her, she should contact me immediately.

10. At the conclusion of my investigation, Hilton determined no sexual harassing conduct occurred that evening. However, we reprimanded several managers regarding this party.

The undersigned declares under penalty of perjury under the laws of the United States and the State of Minnesota that the foregoing facts stated in this Declaration are, to the best of her knowledge and belief, true and correct.

Executed on this 14th day of December 2008.

*Tracie Schultz*
Tracie Schultz